MAHONING COUNTY BAR ASSOCIATION *v.* PAGAC.

[Cite as Mahoning Cty. Bar Assn. *v.* Pagac (1988), 39 Ohio St. 3d 1.]

(No. D.D. 87-32—Submitted April 5, 1988—Decided September 28, 1988.)

1

2

*David C. Comstock* and *Eldon S. Wright,* for relator.

*James A. Philomena,* for respondent.

*Per Curiam.* Having thoroughly reviewed the exhaustive record herein, this court also finds that respondent committed the misconduct indicated by the board. We therefore adopt its findings and its recommendation. Respondent is hereby ordered suspended from the practice of law in Ohio for a period of six months. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

SWEENEY, J., dissents.